**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6327**

WAYNE A. GARRETT,

Plaintiff - Appellant,

versus

RUFUS FLEMING, Regional Director; D. A.
GARRAGHTY, Chief Warden, Virginia Department
of Corrections; J. D. OATES, III, Medical
Administrator, Virginia Department of
Corrections; DOCTOR SHAW; DOCTOR BHULLER,
M.D., Orthopedics; ROBERT C. WRENN, Clerk,
Circuit Court of the County of Greensville,

Defendants - Appellees,

and

RONALD ANGELONE, Director; DONALD SWETTER,
Doctor, Medical Director, Greensville
Correctional Center; GREENSVILLE CORRECTIONAL
CENTER; S. ROBINSON, Lieutenant, Correctional
Officer; A. MILLNER; COMMONWEALTH OF VIRGINIA;
ROBERT G. O'HARA, Judge, Circuit Court of the
County of Greensville,

Defendants.

WAYNE A. GARRETT,

                                    Plaintiff - Appellant,

          versus

DONALD SWETTER, Doctor, Medical Director, Greensville Correctional Center; A. MILLNER,

                                    Defendants - Appellees,

          and

RONALD ANGELONE, Director; RUFUS FLEMING, Regional Director; D. A. GARRAGHTY, Chief Warden, Virginia Department of Corrections; J. D. OATES, III, Medical Administrator, Virginia Department of Corrections; GREENSVILLE CORRECTIONAL CENTER; S. ROBINSON, Lieutenant, Correctional Officer; DOCTOR SHAW; DOCTOR BHULLER, M.D., Orthopedics; COMMONWEALTH OF VIRGINIA; ROBERT G. O'HARA, Judge, Circuit Court of the County of Greensville; ROBERT C. WRENN, Clerk, Circuit Court of the County of Greensville,

                                    Defendants.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria. T. S. Ellis, III, District Judge. (CA-00-154-AM)

Submitted: July 31, 2003          Decided: August 11, 2003

Before WIDENER, MOTZ, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Wayne A. Garrett, Appellant Pro Se.  William W. Muse, Assistant Attorney General, Richmond, Virginia; Michael John Otten, LECLAIR RYAN, P.C., Richmond, Virginia; Edward Joseph McNelis, III, John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia; John Adrian Gibney, Jr., THOMPSON & MCMULLAN, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Wayne A. Garrett seeks to appeal the orders granting motions to dismiss and for summary judgment as to some, but not all, defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The orders that Garrett seeks to appeal do not dispense with all claims as to all parties. Therefore, the orders are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We deny Garrett's motion for a stay pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

4